Filed 12/20/24  P. v. Steward CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

**IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA**

**FOURTH APPELLATE DISTRICT**

**DIVISION TWO**

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E083981 |
| v. | (Super.Ct.No. FSB041531) |
| GLENN LEE STEWARD, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of San Bernardino County.  Harold T. Wilson, Jr., Judge.  Dismissed.

John F. Schuck, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

1

On November 3, 2004, a jury found defendant and appellant Glenn Lee Steward guilty of 10 counts of second degree robbery (Pen. Code,[1] § 211, counts 1-3 & 5-11) and one count of attempted robbery (§§ 664, 211, count 4). The jury additionally found true allegations that defendant used a firearm during six of the robberies and the attempted robbery (§ 12022.53, subd. (b)), and that a principal was armed with a firearm during one of the robberies (§ 12022, subd. (a)(1)). The court sentenced defendant to prison for 43 years.[2] (*Steward, supra*, E037176.)

Defendant appealed. This court affirmed the judgment. (*Steward, supra*, E037176.)

On June 23, 2023, defendant filed a motion for resentencing pursuant to Assembly Bill No. 124, Senate Bill No. 483, Assembly Bill No. 256, and Senate Bill No. 81. The People filed opposition to defendant's petition largely contending that since defendant's judgment had been final since 2006, he was ineligible for resentencing. At a hearing on March 29, 2024, at which defendant was represented by counsel, the court denied defendant's motion.

Counsel has filed a brief under the authority of *People v. Delgadillo* (2022) 14 Cal.5th 216 (*Delgadillo*), setting forth a statement of facts, a statement of the case, requesting that we independently review the record for error, and identifying one potentially arguable issue: whether the court properly denied defendant's motion.

---

[1] All further statutory references are to the Penal Code.

[2] We take judicial notice of this court's unpublished opinion in *People v. Steward* (June 16, 2006, E037176) (*Steward*), from defendant's appeal of the judgment, which the People attached to their opposition. (Evid. Code, § 459.)

We gave defendant the opportunity to file a personal supplemental brief. We noted that if he did not do so, we could dismiss the appeal; nevertheless, he has not filed one. Under these circumstances, we have no obligation to independently review the record for error. (*Delgadillo*, *supra*, 14 Cal.5th at pp. 224-231.) Rather, we dismiss the appeal. (*Id*. at pp. 231-232.)

## DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

McKINSTER_____
                                                                    Acting P. J.

We concur:

FIELDS_____
                        J.

MENETREZ_____
                        J.

3